IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHAEL SHAFFAR,

    Plaintiff,

v.                                                                    Civ. No. 13-00046 JCH/RHS

HEATHER RODGERS, and
JEZZETTE TORELLO,

    Defendants.


**ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND
RECOMMENDED DISPOSITIONS**

        This matter comes before the Court on two separate *Proposed Findings and Recommended Disposition(s)* ("PFRD") filed by the Magistrate Judge on March 6, 2014. (Docs. 24 and 25). In rendering his findings, the Magistrate Judge notified Plaintiff of his ability to file objections to either or both PFRD, and informed him that failure to do so within the required time period would waive appellate review. *See* Doc. 24 at 5, Doc. 25 at 6. To date, Plaintiff has not filed any such objections, and there is nothing in the record indicating that either PFRD was not delivered.

        The Court has reviewed the *Magistrate Judge's Proposed Findings and Recommended Disposition* that summary judgment should be granted to Defendant Jezzette Torello as to "any and all claims raised by Plaintiff"[1] against her (Doc. 24 at 3), and finds that it is well-taken and should be adopted. The Court has further reviewed the *Magistrate Judge's Proposed Findings and Recommended Disposition* that summary judgment should be granted to Defendant Heather Rodgers on all Plaintiff's claims and finds that it too is well-taken and should be adopted.

---

[1] Plaintiff's Amended Civil Rights Complaint appears to set forth a single cause of action for retaliation under 42 U.S.C. § 1983. *See* Doc. 4, Am. Cplt. at 3 (listing a single count alleging "violation of freedom of speech and right to redress grievances").

1

Wherefore, **IT IS HEREBY ORDERED** that PFRD, (Docs. 24 and 25), are **ADOPTED**, Defendant Torello's and Defendant Rodger's motions for summary judgment (Docs. 15 and 17) are **GRANTED**, and Plaintiff's claim under 42 U.S.C. § 1983 is DISMISSED with prejudice.  A final order dismissing the case will be filed forthwith.

_____
Judith C. Herrera
United States District Court Judge